OSTERHELD, Respondent, v. STAR CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Dudley Oliver Osterheld against the

Star Company. No opinion. Order, in so far as appealed from, affirmed, with $10 costs and disbursements.